

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

October 25, 2021

**Jeremy D. Anderson**
Principal
janderson@fr.com
302 778 8452  direct

The Honorable Leonard P. Stark
United States District Court
 For the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street – Unit 26, Room 6124
Wilmington, DE  19801

Re: *Heritage IP LLC v. Gimbal, Inc.*,
   **D. Del., C.A. No. 21-cv-00936-LPS**

Dear Judge Stark:

The parties are currently scheduled for a status teleconference with the Court tomorrow, October 26, 2021 at 2:30 p.m.[D.I. 25].  Due to scheduling issues, Defendant's counsel respectfully requests that the status conference be rescheduled until Wednesday, October 27, 2021 or Friday, October 29, 2021.

We are available at the Court's convenience should Your Honor wish to discuss this matter further.

Respectfully,

/s/ Jeremy D. Anderson

Jeremy D. Anderson (# 4515)

cc:  All Counsel of Record (via CM/ECF and e-mail)

fr.com