

# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

---

October 26, 2021

Honorable Judge Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

**RE:**     **Heritage IP LLC v. Gimbal, Inc., CA. No 1:21-cv-00936-LPS**
            **October 27, 2021 Telephonic Status Conference Continuance Request**

Dear Judge Stark:

As you know, I represent Heritage IP LLC in the above captioned case and a telephonic status conference has been scheduled for October 27, 2021 at 9:00 AM. Unfortunately, I am unavailable on that day due to a previously scheduled arbitration thus I am respectfully requesting the conference to be reschedule to another date and time convenient to the Court.

Should you need anything further please contact me at your convenience.

Respectfully Submitted,

CHONG LAW FIRM P.A.

*/s/ Jimmy Chong*_____
Jimmy Chong (#4839)

*Attorney for Plaintiff Heritage IP LLC*

---

**WILMINGTON, DE**
**Delaware Mailing Address**
2961 Centerville Rd. Ste 350
Wilmington, DE 19808
T. 302-999-9480

**LANSDALE, PA**
**Pennsylvania Mailing Address**
100 W. Main St. Ste 420
Lansdale, PA  19446
T. 215-909-5204

**PHILADELPHIA, PA**
**No Mail**
1845 Walnut Street, Suite 1300
Philadelphia, PA  19103
T. 215-909-5204

FAX FOR ALL LOCATIONS: 877-796-4627

WWW.CHONGLAWFIRM.COM