

Fish & Richardson P.C.
222 Delaware Avenue
17th Floor
P.O. Box 1114
Wilmington, DE 19899-1114

302 652 5070 main
302 652 0607 fax

October 27, 2021

**Jeremy D. Anderson**
Principal
janderson@fr.com
302 778 8452  direct

The Honorable Leonard P. Stark
United States District Court
 For the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street – Unit 26, Room 6124
Wilmington, DE  19801

Re: *Heritage IP LLC v. Gimbal, Inc.*,
<u>D. Del., C.A. No. 21-cv-00936-LPS</u>

Dear Judge Stark:

Pursuant to Your Honor's October 27, 2021 Oral Order [D.I. 29], the parties have conferred and will call the Court on Friday, October 29, 2021 at 1:00 p.m.

Respectfully,

/s/ Jeremy D. Anderson

Jeremy D. Anderson (# 4515)

cc:  All Counsel of Record (via CM/ECF and e-mail)